# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, | Case No. 2:14-cv-01878-LDG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| ROBERT FREY, et al., | |
| Defendant(s). | |

On January 27, 2015, the Court received notice that Caesars Entertainment Operating Company Inc. and certain of its subsidiaries and affiliates, including Defendant Desert Palace, Inc., filed for bankruptcy, resulting in the imposition of an automatic stay. Docket No. 9. Accordingly, the Court hereby **STAYS** this case as to Desert Palace, Inc. The parties shall file a status report every 120 days hereafter.

IT IS SO ORDERED.

DATED: January 28, 2015

_____
Nancy J. Koppe
United States Magistrate Judge