**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 175
Email: kbc@cjmlv.com
SARA D. COPE, ESQ.
Nevada Bar No. 10329
Email: sdc@cjmlv.com
LAURA J. WOLFF, ESQ.
Nevada Bar No. 006869
Email: ljw@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.:  (702) 255-1718
Facsimile:  (702) 255-0871
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITE HERE HEALTH, by and through its fiduciary, Matthew Walker,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTER-LV, LLC dba MUNCH BAR, a Nevada limited liability company; ROBERT FREY, an individual; DESERT PALACE, INC. dba CAESAR'S PALACE, a Nevada corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 14:cv-01878-LDG-NJK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, acting by and through its counsel, Christensen James & Martin, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), does hereby dismiss all claims asserted herein with prejudice.  The Defendants have not filed an Answer, responsive pleading or Motion for Summary Judgment.

///

///

///

///

-1-

1  No Scheduling Order has been entered in this Case and the Court has not scheduled this matter
2  for Trial.

3  Dated this 18$^h$ day of August, 2015      CHRISTENSEN JAMES & MARTIN

By: */s/ Laura J. Wolff*
Laura J. Wolff, Esq.
Nevada Bar No. 6869
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
Email: ljw@cjmlv.com
*Attorneys for Plaintiffs*

ORDER

IT IS SO ORDERED.
DATED this ___ day of August, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge